McCAIN, Respondent, v. DAKOTA POWER COMPANY, Appellant.

(200 N. W. 912.)

(File No. 5480.    Opinion filed December 2, 1924.)

Appeal from Circuit Court, Pennington County.

*Maurice M. McKee* and *Williams, Sweet & Tscharner,* all of Rapid City, for Respondent.

*Schrader & Lewis, and George E. Flavin,* all of Rapid City, for Appellant.

PER CURIAM. This is an appeal from the judgment and order of the circuit court of Pennington county.

Notice of appeal was duly served and filed in this case on the 8th day of August, 1923, and the settled record completed on the 4th day of August, 1923. No other papers have been filed in this case.

Appellant having failed to comply with rules 5, 6, 7, and 13 of this court relating to appeals, this appeal is deemed abandoned, and the judgment and order appealed from are affirmed.